IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAURIE MARLOW, | ) |
| Plaintiff, | ) |
| | ) NO. 3:20-cv-00711 |
| and | ) |
| | ) JUDGE RICHARDSON |
| CAROLYN HOWERTON, | ) |
| Opt-In Plaintiff, | ) |
| v. | ) |
| MID-SOUTH MAINTENANCE OF TENNESSEE, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court is the parties' Joint Motion for Approval of Settlement Agreement and Memorandum in Support (Doc. No. 49, "Motion"). For good cause shown, the Motion is **GRANTED**. The Court hereby **APPROVES** the settlement set forth in the parties' Settlement Agreement (Doc. No. 49-1) as a fair and reasonable compromise of *bona fide* disputes under the Fair Labor Standards Act and dismisses Plaintiffs'[1] claims with prejudice. Accordingly, Defendants' Motion to Enforce Settlement Agreement and for Sanctions (Doc. No. 45) is **DENIED** as moot.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiffs subject to this Settlement Agreement are Plaintiff Laurie Marlow and Opt-In Plaintiff Carolyn Howerton.